**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8173**

CHETANAND KUMAR SEWRAZ,

                    Plaintiff - Appellant,

          v.

EDWARD GUICE, Lieutenant; SCOTT BAILEY, Detective; KATHERINE
ATKINS, Evidence Technician; DARRIN EDWARD BROMSETH,
Detective; CRAIG BROWN, Detective; JODY BRUNNER, Detective;
JUANAMETTRE BUTLER, Officer; FRANK CARPENTER; JESSICA
CHAMER, Evidence Technician,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:08-cv-00035-RLW)

Submitted:  March 17, 2009          Decided:  March 20, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chetanand Kumar Sewraz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chetanand Kumar Sewraz appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewraz v. Guice, No. 3:08-cv-00035-RLW (E.D. Va. Aug. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2